IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00346-REB-BNB

TINA M. JARAMILLO,

Plaintiff,

v.

R&S STEEL, INC.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant R&S Steel, Inc.'s Motion for Summary Judgment** [docket no. 16, filed May 14, 2010] (the "Motion").

IT IS ORDERED that the plaintiff shall respond to the Motion on or before **June 14, 2010**. Defendant has fifteen (15) days after the filing of the response to file a reply.

IT IS FURTHER ORDERED that the defendant is to file an answer to the plaintiff's Complaint on or before **May 31, 2010**.

DATED: May 18, 2010