**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00346-REB-BNB

TINA M. JARAMILLO,

    Plaintiff,

v.

R. & S. STEEL, INC.,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me on the following:(1) **Defendant R & S Steel, Inc.'s Motion for Summary Judgment** [#16][1] filed May 14, 2010; (2) the plaintiff's **Motion for Status** [#24] filed September 23, 2010; and (3) the **Recommendation of United States Magistrate Judge** [#29] filed January 20, 2011. I approve and adopt the recommendation and grant the motion for summary judgment.

Because the plaintiff is proceeding *pro se*, I have construed her pleadings and other filings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The plaintiff did not file objections to the recommendation and, therefore, I review the recommendation only for plain error. ***See Morales-***

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

*Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error, much less plain error, in the magistrate judge's recommended disposition, I approve and adopt the recommendation and grant the motion for summary judgment.

In her complaint [#6], the plaintiff asserts a claim for employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e.  As detailed by the magistrate judge, in response to the motion for summary judgment, the plaintiff did not come forward with any evidence that demonstrates the existence of a genuine issue of material fact concerning her Title VII claim.  As a result, the defendant's motion for summary judgment should be granted granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#29] filed January 20, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That **Defendant R & S Steel, Inc.'s Motion for Summary Judgment** [#16] filed May 14, 2010, is **GRANTED**;

3.  That the plaintiff's **Title VII Complaint** [#6] filed March 10, 2010, is **DISMISSED WITH PREJUDICE**;

4.  That the plaintiff's **Motion for Status** [#24] filed September 23, 2010, is **DENIED** as moot;

5.  That **JUDGMENT SHALL ENTER** in favor of the defendant, R. & S. Steel, Inc., against the plaintiff, Tina M. Jaramillo;

6.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the

---

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

    7.  That this case is **CLOSED**.

Dated February 14, 2011, at Denver, Colorado.

                                       **BY THE COURT:**

                                       /s/ Robert E. Blackburn
                                       Robert E. Blackburn
                                       United States District Judge