# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-00346-REB-BNB

TINA M. JARAMILLO,

    Plaintiff,

v.

R. & S. STEEL, INC.,

    Defendant.

## ORDER WITHDRAWING ORDER ADOPTING RECOMMENDATION

**Blackburn, J.**

    This matter is before court *sua sponte.* On February 14, 2011, I entered an order [#31][1] adopting the recommendation of the magistrate judge and granting the defendant's motion for summary judgment. This order was issued in error. Based on my order [#31], a judgment [#32] was entered in this case. On February 9, 2011, few days before I issued my order [#31], this case was reassigned [#30] to United States District Judge William J. Martinez. Of course, it is now Judge Martinez who has authority over this case

    Under FED. R. CIV. P. 60(a), the court may correct "a clerical mistake or a mistake arising form oversight or omission whenever one is found in a judgment, order, or other part of the record." Under Rule 60(a), I withdraw my **Order Adopting Recommendation of United States Magistrate Judge** [#31], filed February 14, 2011, and I direct that the judgment [#32] be vacated.

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That my **Order Adopting Recommendation of United States Magistrate Judge** [#31], filed February 14, 2011, is **WITHDRAWN**; and

2. That the **Final Judgment** [#32] is **VACATED**.

Dated February 17, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge