**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No.  10-cv-00346-WJM-BNB

TINA M. JARAMILLO,

     Plaintiff,

v.

R & S STEEL, INC.,

     Defendant.

---

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

---

This matter is before me on the following:(1) **Defendant R & S Steel, Inc.'s**

**Motion for Summary Judgment** [#16] [1] filed May 14, 2010; (2) the plaintiff's **Motion**

**for Status** [#24] filed September 23, 2010; and (3) the **Recommendation of United**

**States Magistrate Judge** [#29] filed January 20, 2011. I approve and adopt the

recommendation and grant the motion for summary judgment.

Because the plaintiff is proceeding *pro se*, I have construed her pleadings and

other filings more liberally and held them to a less stringent standard than formal

pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, 94 (2007);

***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d

1106, 1110 (10th Cir. 1991). The plaintiff did not file objections to the recommendation

---

[1] "[#16] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

and, therefore, I review the recommendation only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no error, much less plain error, in the magistrate judge's recommended disposition, I approve and adopt the recommendation and grant the motion for summary judgment.

In her complaint [#6], the plaintiff asserts a claim for employment discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e - 2000e. As detailed by the magistrate judge, in response to the motion for summary judgment, the plaintiff did not come forward with any evidence that demonstrates the existence of a genuine issue of material fact concerning her Title VII claim. As a result, the defendant's motion for summary judgment should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#29] filed January 20, 2011, is **APPROVED** and **ADOPTED** as an order of this court;

2. That **Defendant R & S Steel, Inc.'s Motion for Summary Judgment** [#16] filed May 14, 2010, is **GRANTED**;

3. That the plaintiff's **Title VII Complaint** [#6] filed March 10, 2010, is **DISMISSED WITH PREJUDICE**;

4. That the plaintiff's **Motion for Status** [#24] filed September 23, 2010, is **DENIED** as moot;

5. That **JUDGMENT SHALL ENTER** in favor of the defendant, R. & S. Steel,

---

[2] This standard pertains even though plaintiff is proceeding pro se in this matter. ***Morales-Fernandez***, 418 F. 3d at 1122.

Inc., against the plaintiff, Tina M. Jaramillo;

6. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the

Court under FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

7. That this case is **CLOSED**.

Dated this 28th day of February 2011.

BY THE COURT:


s/ *William J. Martínez*
United States District Judge